IN THE MATTER OF THE ESTATE OF HENRY J.
AHRENS, JR., DECEASED.

February 21, 1989.

Petition for certification denied.

MALESHA COGDELL, ETC., ET AL. v. THOMAS BROWN,
M.D., ET AL.

February 21, 1989.

Petition for certification denied.

MALESHA COGDELL, ETC., ET AL. v. THOMAS BROWN,
M.D., ET AL.

February 21, 1989.

Cross-petition for certification denied.

THOMAS D. SHEPPARD, ET UX., ET AL. v. TOWNSHIP OF
FRANKFORD.

February 21, 1989.

Petition for certification denied.